FILED
JUL 16 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United State's District Court
Northern District OF Illinois
Eastern Division

Donta Lucas
    Plaintiff    ]   Case No: 18-cv-4242
                      ]   Honorable Judge Andrea Woods
V.                ]
                      ]
City of Chicago, et al  ]
    Defendants    ]

## Motion For leave To Amend Plaintiff to Complaint

Plaintiff, Erick B. Coleman, pursuant to Rules 15(a) and 19(a), Fed. R. Civ. P., requests to file an amended complaint and adding a party as Plaintiff to Complaint.

1. Plaintiff, Erick B. Coleman, is a detainee at the Cook County Jail. Since the filing of the complaint. Donta Lucas V. City of Chicago in case No: 18-cv-4242, the plaintiff Erick B. Coleman has determind that the actions of the Defendants reflect Mr. Colemans claims, and the claims in case No: 18-c-4242

2. Defendants have racialy profiled the plaintiff, and have illegally place Mr. Coleman in the Chicago Police Department gang database system, without his consent. In doing so intentionally, deliberately as a practice and pattern of the Chicago Police Department.

3. Plaintiff, Mr Coleman has never been in a street gang, to be subjected, to be placed in the City of Chicago Police department gang database system. Plaintiff has never admitted to the Chicago Police Department, Police officer, Public Servant, Law inforcement officer, Detective's, undercover Police officer's, gang unit, Cook County Sheriff's that he was a gangmember, or to anybody.

4. Plaintiff has no picture's, tattoo's, arrest in gang sweeps, or any involvement in a street gang to be placed as a documented street gangster disciple. Mr. Coleman has not knowingly, willingly, intentionally, or voluntarily made him self subject to be placed in the Chicago Police Department street gang database. Any contract that may be in place concerning me to the CPD, by informents Confidential reliable informents, or any Agents by the CPD is false presumptions, and is so under color of law, must be under threat, duress and/or coercion, and must be conducted ambiguously. An Affidavit was sent by Plaintiff to CPD, 3510 S. Michigan in which they refuse to respond, in 2017.

5. Defendants is subjecting the Plaintiff to be charge as a documented gangmember in the gang database when he is not a gangmember at all. Plaintiff has been stalked by Police harrassment, racial Discriminatory policing, violent police abuse falsely arrested, forced into pleading guilty to charge's he did not commit, and treated unjustly, unfairly in which is violating the plaintiff's right's. For example Plaintiff was targeted by police during a traffic stop, arrested and was Extorted by the CPD to pay 150 dollar's to bond out of Jail for gang profile in the gang database, even when he is not even a gang member. This is being done for the City of Chicago financial gain and

arrest round up by Chicago Police Deparment to meet their monthly arrest quarter in which is a practice and pattern.

6. The illegally gang profile, gang database that is placed upon Mr. Coleman has caused damage to the plaintiff. Defamation (libel and slander), the falsified reports, documents harms the plaintiff reputation, by being false imprisonment unlawfully restrain and he has and will to continue to suffer irreparable harm due to being unjustly, racial profiled, and illegally placed in the City of Chicago Police Department gang database system, when he is not even a gangmember. For example plaintiff will not be able to obtain certain job's or excepted into certain membership's and private organizations.

7. See Swanson V. Citibank, NA, 614 F.3d 400, 404 (7th Cir. 2010) (explaining after Iqbal that the plaintiff need only "give enough details about the subject-matter of the case to present a story that holds together.") The remedy should be kept wide and liberal and not restricted by techinicalities Koziol V. Village of Rosemont 32 Ill App. 2d 320 177 N.E 2d 867 (1 District) 1961.

8. This court should grant leave freely to amend plaintiff to complaint. Forman V. Davis, 371 U.S 178, 182 (1962).

7-5-2018

Respectfully yours
Erick B. Coleman
without prejudice
Erick B. Coleman
without prejudice UCC 1-207
non-resident/non-domestic
First Class U.S Delivery
P.O Box 089002
2017-0107125
Chicago, Illinois

Proof of Service

I, Erick B. Coleman swear under the penalty that I place the document Motion For leave To Amend Plaintiff to Complaint, and serve it on the Clerk of the court by placing it in the Cook County Jail Mail System on 7-5-2018

Respectfully Yours
Erick B. Coleman
without Prejudice ucc 1-207

Erick B. Coleman
Without Prejudice UCC 1-207
nonresident / nondomestic
First Class U.S Delivery
P.O Box 089002
20170107125
Chicago, Illinois

11 JUL 2018 PM 5 L

OFFice of
Clerk of The U.S District C
Unitied States Courthouse
219 South Dearborn Street
Chicago, Illinois
60604-180099


07/16/2018-17