IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGOANS FOR AN END TO THE GANG DATABASE, et. al., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 18-CV-4242 |
| v. | ) ) | Hon. Andrea R. Wood |
| CITY OF CHICAGO, et. al., | ) ) | |
| Defendants. | ) | |

## **STIPULATION**

NOW COME the Plaintiffs and the Defendants, through their undersigned counsel, and hereby stipulate and agree as follows:

1. On June 19, 2018, and contemporaneously with the complaint, the Plaintiffs filed a motion for class certification on behalf of a putative class defined as all persons who currently are or in the future will be included in the Chicago Police Department's Gang Database. *See* Dkt. 5.

2. In that motion, the Plaintiffs requested class discovery and an evidentiary hearing related to class certification. *Id.*

3. Discovery has not yet begun and the Defendants intend to file a motion to dismiss on September 14, 2018. Given this procedural posture, the Plaintiffs voluntarily withdraw their motion for class certification without prejudice and with leave to refile at the conclusion of class discovery.

4. The parties jointly stipulate that when Plaintiffs refile their motion for class certification, the motion will be treated as if it were pending since the original date of filing, June

19, 2018. The Defendants expressly reserve all other rights, arguments, and objections related to Plaintiffs' motion for class certification.

AGREED:

| | |
|---|---|
| /s/ Vanessa del Valle | /s/ Andrew Worseck |
| Counsel for the Plaintiffs | Counsel for the Defendants |

| | |
|---|---|
| Sheila A. Bedi | Brendan Shiller |
| Vanessa del Valle | Chris Bergin |
| MacArthur Justice Center | Tia Haywood |
| Northwestern Pritzker School of Law | Shiller Preyar LLC |
| 375 E. Chicago Avenue | 601 S. California Avenue |
| Chicago, IL 60611 | Chicago, IL 60612 |
| (312) 503-2492 | (312) 226-4590 |
| | |
| Elizabeth A. Homsy | Joey L. Mogul |
| The Law Officers of Elizabeth A. Homsy | People's Law Office |
| 2506 N. Clark Street | 1180 N. Milwaukee Ave. |
| Suite 286 | Chicago, IL 60622 |
| Chicago, IL 60614 | (773) 235-0070 |
| (773) 988-3486 | |

*Counsel for the Plaintiffs and the Plaintiff class*

Andrew Worseck
Andrew.Worseck@cityofchicago.org
Tara Kennedy
Tara.Kennedy@cityofchicago.org
Jordan Rosen
Jordan.Rosen@cityofchicago.org
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230

Chicago, Illinois 60602
(312) 744-7129 / 744-9028 / 744-9018

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, certifies that on August 31, 2018, she caused the foregoing document to be served upon all counsel of record by filing the document using the Court's CMECF system.

                                                /s/  Vanessa del Valle