IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CHICAGOANS FOR AN END TO THE GANG DATABASE: BLACK YOUTH PROJECT 100 CHICAGO, BLOCKS TOGETHER, BRIGHTON PARK NEIGHBORHOOD COUNCIL, LATINO UNION, MIJENTE, and ORGANIZED COMMUNITIES AGAINST DEPORTATION, as well as DONTA LUCAS, JONATHAN WARNER, LESTER COOPER, and LUIS PEDROTE-SALINAS, on behalf of themselves and a class of similarly situated persons, | Case No. 18-cv-04242 |
| Plaintiffs, | Hon. Andrea R. Wood |
| v. | |
| CITY OF CHICAGO, SUPERINTENDENT EDDIE JOHNSON, and CHICAGO POLICE OFFICERS MICHAEL TOMASO (#6404), MICHAEL GOLDEN (#15478), PETER TOLEDO (#2105), JOHN DOES 1-4, and JANE DOES 1-2, | |
| Defendants. | |

**NOTICE OF INITIATIVES ASSOCIATED WITH CRIMINAL ENTERPRISE INFORMATION SYSTEM**

Defendant City of Chicago ("City"), by and through its counsel, Mark A. Flessner, Corporation Counsel, hereby notifies the Court that the Chicago Police Department ("CPD") plans to undertake certain initiatives associated with its implementation of the Criminal Enterprise Information System ("CEIS").

As background, the City informed the Court on February 27, 2020, that CPD had publicized a General Order ("Order") describing the CEIS, and the City submitted the Order to

the Court. See Dkt. No. 69. As the City explained, the CEIS will be the tool by which CPD vets, maintains, and utilizes criminal enterprise and street gang membership information, which it uses as a law enforcement tool. See id.

The additional initiatives associated with the CEIS are listed below:

- Following implementation and population of the CEIS, CPD will rescind Special Order S10-02-01 ("Criminal Street Gang Arrest Information"), and will no longer use that order or the current interface known as a "gang arrest card" as the basis for identifying whether a person is a member of a street gang. After the CEIS is populated and operational, historical gang arrest cards contained in CPD's CLEAR database will be "walled off" and will generally not be available to other agencies or CPD users.

- A disclaimer will appear to CPD and outside agency users accessing the CEIS stating that gang membership information in the CEIS is intended for law enforcement purposes only, including intelligence, investigation, planning, and response purposes.

- A disclaimer will appear to CPD and outside agency users accessing non-CEIS records in the CLEAR system stating that gang membership information in those records is not necessarily independently verified, and that CPD makes no representations regarding the current accuracy of the information, and the information, standing alone, is not necessarily indicative of current criminal street gang membership.

- CPD will require other law enforcement agencies to enter into user agreements prior to permitting access to CEIS. The user agreements will require that

      agencies not disclose gang information to any third party for immigration, employment, education, non-law enforcement-related licensing, or housing purposes, including to United States Immigration and Customs Enforcement ("ICE").

- On an annual basis, CPD intends to identify, via a public dashboard, the aggregate number of persons included in the CED as of the date of the report, including by race, ethnicity, age, and criteria used for designation, as well as, for the preceding 12 months, the number of: persons added to the CED; persons removed from the CED; appeals filed; appeals granted; and appeals denied.

By announcing and pursuing these initiatives, which the City is undertaking voluntarily, the City does not intend to create, and in fact does not create, any binding obligation on the part of the City to pursue or implement these initiatives, or any enforceable right or legal or equitable claim of any kind whatsoever against the City (including any claim seeking to require the City to pursue or implement these initiatives or seeking damages based on a failure to pursue or implement these initiatives), whether asserted by Plaintiffs, any one or more of them, or any other person or entity. The City reserves the unconditional right to modify these initiatives at any time. This Notice is not part of any settlement and creates no enforceable rights.

Dated: August 31, 2020

                                            Respectfully submitted,

                                            MARK A. FLESSNER,
                                            Corporation Counsel for the City of Chicago

                                            By:    /s/ Andrew Worseck
                                            Chief Assistant Corporation Counsel

Andrew W. Worseck
Jordan Rosen
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-7129 / 744-9018

4

## CERTIFICATE OF SERVICE

      I, Andrew Worseck, an attorney, hereby certify that on August 31, 2020, I caused the foregoing **Notice of Initiatives Associated With Criminal Enterprise Information System** to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notifications of such filing to all parties that have appeared in this action.

                                                 /s/ Andrew Worseck