# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Chicagoans For An End To The Gang Database,
et al.

Plaintiff,

v.

Case No.: 1:18−cv−04242

Honorable Andrea R. Wood

City of Chicago, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 10, 2020:

MINUTE entry before the Honorable Andrea R. Wood: In light of the Notice of Voluntary Dismissal of Organizational Plaintiffs' Claims [84] and Individual Plaintiffs' Rule 41(a)(1) Notice of Voluntary Dismissal With Prejudice Against Defendants [85], the claims brought by Plaintiffs Chicagoans for an End to the Gang Database, Black Youth Project 100 Chicago, Blocks Together, Brighton Park Neighborhood Council, Latino Union, Mijente, and Organized Communities Against Deportation are dismissed without prejudice and with each party bearing its own fees and costs, and the claims brought by Plaintiffs Donta Lucas, Jonathan Warner, Lester Cooper, and Luis Pedrote−Salinas are dismissed with prejudice and without fees or costs to any party. As all claims as to all Defendants have been resolved, this case will be closed. Status hearing set for 9/11/2020 is stricken. Civil case terminated. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.